# MEMORANDUM CASES.

[Sac. No. 2346. In Bank.—October 18, 1915.]

FINANCE AND CONSTRUCTION COMPANY OF CALIFORNIA (a Corporation), Respondent, v. SACRAMENTO AND SAN JOAQUIN DRAINAGE DISTRICT, Appellant.

[Sac. No. 2347. In Bank.—October 18, 1915.]

W. W. BASSETT, Respondent, v. SACRAMENTO AND SAN JOAQUIN DRAINAGE DISTRICT, Appellant.

[Sac. No. 2348. In Bank.—October 18, 1915.]

LIZZIE H. GLIDE, Respondent, v. SACRAMENTO AND SAN JOAQUIN DRAINAGE DISTRICT, Appellant.

[Sac. No. 2349. In Bank.—October 18, 1915.]

SPARROW SMITH and W. W. BASSETT, Respondents, v. SACRAMENTO AND SAN JOAQUIN DRAINAGE DISTRICT, Appellant.

[Sac. No. 2350. In Bank.—October 18, 1915.]

J. H. GLIDE and T. S. GLIDE, Respondents, v. SACRAMENTO AND SAN JOAQUIN DRAINAGE DISTRICT, Appellant.

VENUE—DRAINAGE DISTRICT—COMPENSATION FOR BY-PASS.—Orders denying motions to change the place of trial reversed on the authority of *Gallup* v. *Sacramento and San Joaquin Drainage District, ante,* p. 71.

APPEALS from orders of the Superior Court of Yolo County refusing to change the place of trial. W. A. Anderson, Judge.

The facts are similar to those stated in the opinion in *Gallup v. Sacramento and San Joaquin Drainage District, ante,* p. 71.

C. H. Oatman, Sullivan & Sullivan, and Theo. J. Roche, for Appellants.

A. L. Shinn, and A. C. Huston, for Respondents.

THE COURT.—The questions presented on the above-entitled appeals are the same as those involved in *Gallup et al. v. Sacramento and San Joaquin Drainage District,* Sac. No. 2351, decided September 21st, 1915, *ante,* p. 71, [151 Pac. 1142], and upon the authority of that case the orders appealed from are reversed.